UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

C.H.,

     Plaintiff,

v.                                                           CIVIL ACTION NO. 5:19-cv-00645

DAVID R. WILSON, et al.,

     Defendants.

**O R D E R**

For reasons appearing to the court, this action is hereby **REASSIGNED** from the docket of the Honorable Irene C. Berger, United States District Judge, to the docket of the Honorable Frank W. Volk, United States District Judge, for all further proceedings.

Copies of this Order shall be forwarded by the Clerk to Judge Berger, Judge Volk, counsel of record, and any unrepresented party.

DATED:  October 29, 2019

RORY L. PERRY II, Clerk of Court