IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

C.H.,

    Plaintiff,

v.                                                Civil Action No. 5:19-cv-00645
                                                Honorable Frank W. Volk

DAVID R. WILSON, FPC Alderson;
JERROD R. GRIMES, FPC Alderson;
SCOTT A. HALL, FPC Alderson;
LIEUTENANT WORKMAN, FPC Alderson;
and THE UNITED STATES OF AMERICA,

    Defendants.

## JOINT MOTION TO APPOINT MEDIATOR

Come now the Plaintiff, by counsel, Defendant United States of America, by counsel, and Defendant David R. Wilson, by counsel, and move the Court to appoint United States Magistrate Judge Omar J. Aboulhosn as mediator in this matter and further request that mediation be scheduled to take place on January 23, 2020, beginning at 10:00 a.m., at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Charleston, West Virginia, 25301.

Dated: December 26, 2019.

                                                     **C.H.,**

                                                     **PLAINTIFF,**

                                                     */s/ L. Dante diTrapano*
                                                     L. Dante diTrapano, Esquire (WVSB #6778)
                                                     Benjamin Adams, Esquire (WVSB #11454)
                                                     Alex McLaughlin, Esquire (WVSB #9696)
                                                     Calwell Luce diTrapano, PLLC
                                                     500 Randolph Street
                                                     Charleston, WV 25302
                                                     P: 304-343-4323; F: 304-344-3684
                                                     E: dditrapano@cldlaw.com
                                                     E: badams@calwelllaw.com
                                                     E: amclaughlin@calwelllaw.com

Jay T. McCamic, Esquire (WVSB #2386)
McCamic Law Firm, PLLC
801 12th Street, Suite 305
PO Box 151
Wheeling, WV 26003
P: 304-238-9460
F: 304-830-5324
E: jay@mccamic.com

Anthony I. Werner, Esquire (WVSB #5203)
John & Werner Law Offices, PLLC
Board of Trade Building, Suite 200
80 – 12th Street
Wheeling, WV 26003
P: 304-233-4380
F: 304-233-4387
E: awerner@johnwernerlaw.com

*Counsel for Plaintiff*

**UNITED STATES OF AMERICA,**

**DEFENDANT,**

MICHAEL B. STUART
United States Attorney

*s/Jennifer M. Mankins*
Jennifer M. Mankins (W.Va. Bar No. 9959)
Fred B. Westfall, Jr. (W.Va. Bar No. 3992)
Jason S. Bailey (W.Va. Bar No. 13582)
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
P: 304-345-2200
F: 304-347-5443
E: jennifer.mankins@usdoj.gov
E: fred.westfall@usdoj.gov
E: jason.bailey2@usdoj.gov

*Counsel for Defendant, United States of America*

**DAVID R. WILSON,**

**DEFENDANT,**

*/s/ Steven K. Nord*
Steven K. Nord, Esquire (WVSB #2748)
Offutt Nord, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25728-2868
P: 304-529-2868
F: 304-529-2999
E: sknord@onalegal.com

*Counsel for Defendant, David R. Wilson*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

C.H.,

  Plaintiff,

v.                   Civil Action No. 5:19-cv-00645
                  Honorable Frank W. Volk

DAVID R. WILSON, FPC Alderson;
JERROD R. GRIMES, FPC Alderson;
SCOTT A. HALL, FPC Alderson;
LIEUTENANT WORKMAN, FPC Alderson;
and THE UNITED STATES OF AMERICA,

  Defendants.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 26, 2019, I electronically filed the foregoing ***Joint Motion to Appoint Mediator*** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

    Jay T. McCamic
    McCamic Law Firm, PLLC
    80 12th Street, Suite 305
    P.O. Box 151
    Wheeling, WV 26003
    P: (304) 238-9460
    F: (304) 830-5324
    E: jay@mccamic.com

    L. Dante diTrapano
    Benjamin Adams
    Alex McLaughlin
    Calwell Luce diTrapano PLLC
    500 Randolph Street
    Charleston, West Virginia 25302
    P: (304) 343-4323
    F: (304) 344-3684
    E: dditrapano@cldlaw.com
    E: badams@calwelllaw.com
    E: amclaughlin@calwelllaw.com

Anthony I. Werner
John & Werner Law Offices, PLLC
Board of Trade Building, Suite 200
80 – 12th Street
Wheeling, WV 26003
P: (304) 233-4380
F: (304) 233-4387
E: awerner@johnwernerlaw.com
*Counsel for Plaintiff C.H.*

Steven K. Nord, Esquire (WVSB #2748)
Offutt Nord, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25728-2868
P: 304-529-2868
F: 304-529-2999
E: sknord@onalegal.com
*Counsel for Defendant, David R. Wilson*

**s/Jennifer M. Mankins**
Jennifer M. Mankins (W.Va. Bar No. 9959)
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
P: 304-345-2200
F: 304-347-5443
E: jennifer.mankins@usdoj.gov
*Counsel for United States of America*