## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

C.H.

        **Plaintiff,**

vs.                              CIVIL ACTION 5:19-CV-00645

DAVID WILSON, et. al.

        **Defendant,**

### Mediator's Proposed Settlement

The Mediator proposes that C.H. and the United States of America, only, agree to settle the tort action as follows:

The United States of America agrees to pay $500,000.00 to the Plaintiff inclusive of a attorney's fees and costs.

This proposal is made by the Mediator without either party requesting the same based upon the undersigned's negotiations between the parties. Neither side will know if the other side has accepted the proposal unless both sides accept the proposal.

March 12, 2020.

                                                      Omar J. Aboulhosn, USMJ
                                                      Mediator

Agreed to by Counsel for the parties on this the 12th day of March, 2020.

L. Dante DeTrapano, Esq                       Fred Westfall, Esq.
Jay T. McCamic, Esq.                             Jason S. Bailey, Esq.
Counsel for Plaintiff                                Jennifer M. Mankins
                                                    Counsel for the USA